■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMINIO ABREU, Appellant. [47 NYS3d 707]—Judgment, Supreme Court, Bronx County (Margaret L. Clancy, J.), rendered May 13, 2014 unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the

---

* The name is misspelled in the caption.

sentence. Concur—Andrias, J.P., Feinman, Gische and Gesmer, JJ.